# STATE ex rel. FRANK H. KLEMER v. CITY RECORDER OF CITY OF FARIBAULT and Another.[1]

May 14, 1915.

Nos. 19,107—(60).

**Moot case.**

Motion to dismiss appeal granted because a moot case. [Reporter.]

Upon the relation of Frank H. Klemer the district court for Rice county granted its alternative writ of mandamus directing the city recorder of the city of Faribault to act upon a petition demanding the recall and removal of George L. Smith, as mayor of that city, and certify the same to be sufficient, and immediately thereafter submit the same to the council of the city as by the charter

[1] Reported in 152 N. W. 654.

thereof provided. The matter was heard before Childress, J., who made findings and ordered a peremptory writ to issue. From an order denying his motion for a new trial, respondent appealed. Appeal dismissed.

*Lucius A. Smith* and *Anson L. Keyes,* for appellant.

*E. H. Gipson* and *Robert Mee,* for respondent.

PER CURIAM.

A petition for the recall of the mayor of Faribault was filed with the city recorder of that city July 24, 1914. The recorder, after an examination of the names of the signers attached his certificate that the petition was insufficient. This *mandamus* proceeding was brought to compel the recorder to certify the petition to be sufficient and to submit the same to the council of the city. After a trial, the court filed its decision directing a peremptory writ to issue. A new trial was denied, and defendant appealed to this court.

The motion to dismiss the appeal must be granted. It is a moot case. At an election held April 6, 1915, the mayor sought to be recalled was defeated, and is out of office. A decision of this case on the merits would benefit no party. No questions of public importance are involved. This court has enough to do in deciding real controversies. Anderson v. Village of Louisberg, 121 Minn. 528, 141 N. W. 97; Hansen v. Northwestern Tel. Exch. Co. 127 Minn. 522, 149 N. W. 131.

Appeal dismissed.